**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| John M. Bilek, d/b/a JMB & Associates, Inc., | **Civil No.: 0:06-cv-04167 (PAM-JSM)** |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Ocean Beauty Seafoods, Inc., a Washington corporation, | |
| Defendant. | |

    Based on the parties' Joint Stipulation of Dismissal With Prejudice, it is hereby ordered that this case is hereby dismissed with prejudice on the merits and without costs, disbursements or attorneys' fees to any party.

Dated:  June 19, 2007  .

                                      s/Paul A. Magnuson
                                      The Honorable Paul A. Magnuson
                                      U.S. District Court Judge